■ In the Matter of the Arbitration between JACOB RUPPERT et al., Respondents, and INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, A. F. OF L.-C. I. O., BREWERY WORKERS LOCAL UNIONS 1, 8, 124, 1059 AND 323, Appellants.— Judgment and order unanimously modified so as to amend the caption and first decretal paragraph of the order to name officers of union in representative capacity as respondents and, as so modified, affirmed. No opinion. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ PETER COUNELLIS, Appellant, v. NEW YORK CITY TRANSIT AUTHORITY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ PHILIP GROSSMAN, Appellant, v. REDI-FOOD Co., INC., Respondent.— Order and judgment of the Appellate Term dismissing the complaint unanimously reversed and the verdict and judgment in favor of plaintiff in the City Court reinstated, with costs and disbursements to the appellant. The evidence received on the trial amply demonstrated the apparent authority of Rudolph Wagner, Jr., to make the alleged contract. Since the employment was coupled with an investment in the business, its agreed duration was not unusual. Moreover, the evidence shows that Rudolph Wagner, Jr., was the highest salaried employee, a vice-president, a stockholder and director in this closely held corporation. On this trial he testified on behalf of defendant that he employed plaintiff as a part of the reorganization of the corporation's operations. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ In the Matter of KUPFER, SILBERFELD, NATHAN & DANZIGER, Respondents, against AMERICAN FLOURS, INC., et al., Appellants, and Another.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Frank and Valente, JJ.

■ In the Matter of FRED NUNZIATO, Appellant, against CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Frank and Valente, JJ.

■ In the Matter of GEORGE M. COPLAN, an Incompetent. MEYER LICHT, as Substituted Committee, Appellant; CREEDMOOR STATE HOSPITAL, Respondent, and Another.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Frank and Valente, JJ.

■ In the Matter of the General Assignment for the Benefit of Creditors of LOUIS FRIEDLANDER, INC., Assignor, to FREDERICK E. M. BALLON, Assignee-Respondent. UNITED STATES OF AMERICA, Appellant; INDUSTRIAL COMMISSIONER OF THE STATE OF NEW YORK, Respondent.— Order unanimously modified so as to provide for priority of the claims of the United States of America. There is no competent evidence of estoppel in the record. Settle order on notice. Appeal [from order denying motion for reargument] unanimously dismissed. Concur — Peck, P. J., Breitel, Frank and Valente, JJ.

■ EDITH S. HARRISON, Appellant, v. MARY BAIN ESTATES, INC., et al., Defendants, and MAMIE P. WATTS, Intervenor-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Frank and Valente, JJ. [2 Misc 2d 52.]